# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144858-9

BRONSON METHODIST HOSPITAL,
     Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE COMPANY,
     Defendant-Appellee.

SC: 144858
COA: 300566
Kalamazoo CC: 2009-000539-NF

_____/

BRONSON METHODIST HOSPITAL,
     Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
     Defendant-Appellee.

SC: 144859
COA: 300567
Kalamazoo CC: 2010-000034-NF

_____/

On order of the Court, the application for leave to appeal the February 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

Clerk

t1024